### IN THE UNITED STATES DISTRICT COURT FOR THE
### DISTRICT OF MARYLAND

| | |
|---|---|
| **OSCAR SANTOS,** *et. al.* ) | |
| ) | |
| *On behalf of themselves and* ) | |
| *all others similarly situated* ) | |
| ) | |
| Plaintiffs, ) | CASE NO.: **8:20-cv-02737-DLB** |
| ) | |
| ) | |
| ) | |
| **E&R SERVICES, INC,** *et. al.* ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFFS' FEE PETITION AS DIRECTED BY THE COURT'S ORDER (ECF 72)**

Plaintiffs, by and through undersigned counsel, file this fee petition as directed by the Court's Order (ECF 72), and state as follows:

On February 17, 2022, the Court heard argument on Plaintiffs' motion to hold defendants in contempt and for a show cause order and for other relief. (ECF 66) On February 18, 2022, the Court granted the plaintiffs' motion in part, finding that defendants violated a Court Order (ECF 72). The Order that the defendants violated required them to produce a list of hourly paid workers who performed construction work for E&R Services, Inc.'s commercial construction division for the three-year period preceding entry of the Order. (ECF 62) The Court also Ordered that defendant attend a hearing a show cause hearing to explain why the Court should not find the defendants in civil contempt or grant further relief. ECF 72.

Pursuant to Rule 37(b)(2)(C), the Court ordered the defendants to pay plaintiffs' reasonable attorneys' fees and expenses attributable to: (a) drafting plaintiffs' motion and reply; (b) attending the hearing on the motion, and (c) attending the show cause hearing. Id.

As set forth in the detailed billing records attached as Exhibit 2, the Senior Attorney in this

1

case, James Rubin billed 8.3 hours on matters subject to the Court's ruling (after exercising billing discretion as indicated by "NC" for no charge). At $400 per hour, this amounts to fees of $3,340. See Knox v. Hooper's Crab House, Inc., No. 1:17-cv-01853-JMC, 2019 U.S. Dist. LEXIS 199062 (D. Md. Nov. 18, 2019) (approving a $400 per hour rate for Mr. Rubin). The junior attorney, Aaron Uslan billed 1.92 hours (after exercising billing discretion as indicated by "NC" for no charge). At $250 per hour, this amounts to fees of $480. These fees are consistent with those customarily charged in this locality for legal services in the area of employment law by attorneys with qualifications and skills similar to Mr. Rubin and Mr. Uslan. See Exhibit 1, Declaration of James Rubin.

    WHEREFORE, plaintiffs request an award of $3,800 to pay plaintiffs' reasonable attorneys' fees attributable to: (a) drafting plaintiffs' motion and reply; (b) attending the hearing on the motion, and (c) attending the show cause hearing.

    Respectfully submitted,

    ___/s/_____
James E. Rubin
The Rubin Employment Law Firm, P.C.
600 Jefferson Plaza, Suite 204
Rockville, MD 20852
Telephone: (301) 760-7914
jrubin@rubinemploymentlaw.com


Aaron Z. Uslan
Law Office of Aaron Z. Uslan
5034 Wisconsin Ave NW, Ste 250
Washington, DC 20016
(202) 350-2900
aaron@aaronuslanlaw.com

Attorneys for Plaintiffs

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing motion was served upon the following counsel this 15th day of March, 2022, via the Court's CM/ECF system:

Dmitri A. Chernov, Esq.
11821 Parklawn Drive
Suite 110
Rockville, Maryland 20852

        __/s/_____
        James Rubin