IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| OSCAR SANTOS, *et al.*,<br><br>    *Plaintiffs*,<br><br>v.<br><br>E&R SERVICES, INC., *et al*,<br><br>    *Defendants* | Civil Action No. ABA-20-2737 |
| JUAN CRUZ CANO, ET AL.,<br>PLAINTIFFS,<br><br>V.<br><br>E&R SERVICES, INC., ET AL.,<br>DEFENDANTS | Civil Action No. ABA-22-3330 |

**ORDER**

Upon consideration of the parties' Joint Motion for Approval of Settlement (*Santos* ECF No. 162) (the "Motion"), and for the reasons stated in the accompanying Memorandum Opinion, it is hereby ORDERED that:

1. The Motion is GRANTED;

2. The parties' settlement is APPROVED;

3. The Parties shall comply with their respective obligations under the Settlement Agreement, including but not limited to Defendants' obligation to timely make all payments as required under the Settlement Agreement;

4. Defendants shall remit all withholdings taken pursuant to the Settlement Agreement to proper taxing authorities, and issue to Plaintiffs IRS Forms W-2 and 1099 evidencing remittance of those withholdings, as appropriate under the Settlement Agreement;

5. The Court shall retain jurisdiction over this case until all payments to Plaintiffs are made pursuant to the Settlement Agreement;

6. Within fifteen (15) days after all payments have been made to Plaintiffs and Plaintiffs' counsel by Defendants, the Parties shall file a Notice of Stipulated Dismissal, dismissing Plaintiffs' claims against the Defendants in this lawsuit, subject to reopening to enforce the Settlement Agreement;

Date: April 2, 2024

_____/s/_____
Adam B. Abelson
United States Magistrate Judge